# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

69182-097

2012 AUG 29 PM 4:02

~~DISTRICT~~
~~FORNIA~~

USA,

v.

**BROOK MURPHY,**

**WARRANT FOR ARREST**

Case No: **2:12-CR-00309-KJM**

8982642

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       **Brook Murphy,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**FILED**

**SEP 17 2012**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

☑ Indictment    ☐ Information    ☐ Violation Petition    ☐ Other _____

charging him or her with (brief description of offense)

**CONSPIRACY TO MANUFACTURE AND POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA**

in violation of Title  **21**        United States Code, Section(s)  **846**

| L. Reader | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 8/29/12           Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at  **$NO BAIL**         by   **Magistrate Judge Dale A. Drozd**

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant  _____

| _____ | Tim Kelly  DUSM |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| **9-14-12** | [signature] |
| Date of Arrest | Signature of Arresting Officer |