```
JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Brook Murphy
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BROOK MURPHY, et. al., <br><br> Defendants. | No. 2:12-CR-00309-JAM <br><br> **WAIVER OF DEFENDANT'S PRESENCE AND ORDER** |

Pursuant to Federal Rule of Criminal Procedure 43, defendant Brook Murphy, in the above matter, hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court except for trial, entry of plea, or sentencing.

Defendant agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3164-3174 (Speedy Trial Act), and authorizes his attorney to set time and

///

///

delays under that Act without defendant being present.

Dated: September 17, 2012

/s/ Brook Murphy
BROOK MURPHY
Defendant
[original signature on file]

Dated: September 17, 2012

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
BROOK MURPHY

**ORDER**

IT IS SO ORDERED.

Dated: November 2, 2012

/s/ John A. Mendez
Hon. John A. Mendez
U.S. District Court Judge